UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Clayton James Hanks,

           Plaintiffs,

                                ORDER ADOPTING
vs.                        REPORT AND RECOMMENDATION

David Prachar, as Jail Administrator;
Brad Keeney; Penny Wheatman; and
numerous St. Louis County Jail Staff,

           Defendants.          Civ. No. 02-4045 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That the Defendants' Motion to Exclude the Testimony of the Plaintiff's Expert Pamela Bjorklund [Docket No. 87] is granted in part, as more fully explained in the Report and Recommendation dated April 28, 2008.


DATED: May 27, 2008                            s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Judge
                                                   United States District Court