UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Clayton James Hanks,

            Plaintiff,

vs.

David Prachar, acting in his individual
and official Capacity as Administrator
of the St. Louis County Jail, and
employees of the St. Louis County Jail
acting in their official and individual
capacities, including; Bradford Keeney
(deceased); and Penny Wietman,

            Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 02-4045 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Defendants' Motion for Summary Judgment [Docket No. 99] is granted as to all of the Plaintiff's claims, except his claim against the Defendants, in their individual capacities, for alleged due process violations arising from the intensity and duration of his restraints while an inmate at the St. Louis County Jail in 1998 and 1999.

DATED: March 13, 2009
At Minneapolis, Minnesota

s/Michael J. Davis
Michael J. Davis, Chief Judge
United States District Court